79,927-02

To: Abel Acosta
From: Samuel Prophet Jones
Date: 12-29-14

Mr. Acosta,

I was writing concerning my motion for continuance concerning my 11.07. I mailed it on the end of Dec. And you should've recieved it by the 3th of Dec. If you have could you please notify me as to when you recieved it. So I can file it in my paper. Thanks for your time.

Samuel Prophet Jones

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 1 4 2015

Abel Acosta, Clerk